| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 10-7208-JFW (MANx)**                                      Date:  November 30, 2011

Title:      FASNAP Corporation, et al. -v- Dallas Gold & Silver Exchange, Inc., et al.

**DOCKET ENTRY**

**PRESENT:**
        HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**      ORDER OF DISMISSAL

   In the Stipulation to Vacate Trial Deadlines and Trial and to Stay Proceedings to Date Certain filed on November 29, 2011, Dkt. No. 85, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 13, 2012. The Court retains jurisdiction for the purpose of enforcing the settlement until April 13, 2012. After April 13, 2012, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All other dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 11/30/11)